THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES WALTER HART | § | CASE NO. 18-40363-R |
| XXX-XX-8111 | § | |
| 801 HEBRON PARKWAY | § | CHAPTER 13 |
| # 11206 | § | |
| LEWISVILLE, TX 75057 | § | |
| | § | |
| DEBTOR | § | |

MOTION TO VACATE ORDER DIRECTED TO DEBTOR'S EMPLOYER
AND SUBSTITUTE A NEW ORDER DIRECTED TO DEBTOR'S EMPLOYER

COMES NOW CAREY D. EBERT, CHAPTER 13 TRUSTEE, and files this Motion to Vacate Order Directed to Debtor's Employer and Substitute a New Order Directed to Debtor's Employer and would show the Court as follows:

The above Chapter 13 bankruptcy was filed on February 23, 2018. An Order Directed To Debtor's Employer was previously entered by the Court on April 03, 2018.

The Order Directed To Debtor's Employer needs to be vacated and a new Order entered so as to conform with the Debtor's Chapter 13 Plan. A new Order Directed to Debtor's Employer is attached hereto.

WHEREFORE, PREMISES CONSIDERED, Carey D. Ebert, Chapter 13 Trustee, prays that the Court sign and enter the new Order Directed to Debtor's Employer to insure the Debtors' payments will be maintained in a current position pursuant to Debtors' Chapter 13 Plan.

Respectfully submitted,

/s/ H. Jefferson LeForce
Carey D. Ebert, Chapter 13 Trustee, TBN 05332500
H. Jefferson LeForce TBN 00791094
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Motion to Vacate Order Directed to Debtor's Employer and Substitute a New Order Directed to Debtor's Employer has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

JAMES WALTER HART
801 HEBRON PARKWAY
# 11206
LEWISVILLE, TX  75057

ALLMAND LAW FIRM, PLLC
860 AIRPORT FREEWAY, SUITE 401
HURST, TX  76054

Dated: October 22, 2018          /s/ H. Jefferson LeForce
                                        Office of the Standing Chapter 13 Trustee